2010 OCT 25 PM 4:23

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Todd R Vansickle**<br>**Tiffany K Vansickle**<br>SSN: XXX-XX-0420<br>SSN: XXX-XX-3927<br><br>Debtor(s) | Case No. 10-21244 WTT<br>Chapter 7 |

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.      On October, 22, 2010 the Court approved the trustee's final report and proposed distribution.

2.      Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 10. | Roundup Funding, LLC | MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $3.69 |

3. These funds are on deposit in Bank of America, account number 4437701787.

4. A check in the amount of Three Dollars and Sixty-Nine Cents ($3.69), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** October 25, 2010

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT 84111
>
>Todd R Vansickle & Tiffany K Vansickle
>2195 Elaine Dr
>Bountiful, UT 84010
>
>Roger A. Kraft
>8813 South Redwood Road
>Suite A
>West Jordan, UT 84088

*[signature]*

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

**CHECK NUMBER**
1012

Claim 000010, Payment 3.71526%
Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Elizabeth Rose Loveridge
265 East 100 South
Suite 300
Salt Lake City, UT 84111

| DATE | AMOUNT |
|---|---|
| 10/25/10 | ************3.69 |

acct # 0271

| CASE NUMBER | DEBTOR |
|---|---|
| 10-21244  WTT | Vansickle, Todd R<br>Vansickle, Tiffany K |

**PAY TO THE ORDER OF**

United States Bankruptcy Court
350 South Main Street, Room #376
Salt Lake City, UT 84111

Three Dollars And 69/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑃"001012"  ⑃111000012⑃:  4437701787"⑃

---

| Date: 10/25/10 | Check Number: 1012 | Amount: 3.69 |
|---|---|---|

Case Number: 10-21244    WTT
Debtor Name: Vansickle, Todd R
SSN: 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

| Paid To: | United States Bankruptcy Court<br>350 South Main Street, Room #376<br>Salt Lake City, UT 84111 | Trustee: | Elizabeth Rose Loveridge<br>265 East 100 South<br>Suite 300<br>Salt Lake City, UT 84111 |
|---|---|---|---|

Description:  Claim 000010, Payment 3.71526%   Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Bank Account Number: 4437701787

---

| Date: 10/25/10 | Check Number: 1012 | Amount: 3.69 |
|---|---|---|

Case Number: 10-21244    WTT
Debtor Name: Vansickle, Todd R
SSN: 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

| Paid To: | United States Bankruptcy Court<br>350 South Main Street, Room #376<br>Salt Lake City, UT 84111 | Trustee: | Elizabeth Rose Loveridge<br>265 East 100 South<br>Suite 300<br>Salt Lake City, UT 84111 |
|---|---|---|---|

Description:  Claim 000010, Payment 3.71526%   Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Bank Account Number: 4437701787